IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 24-108-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | PRELIMINARY ORDER OF FORFEITURE |
| RAYMOND JOSEPH HAACKE DANIELY and ANTONE JAMES PAUL BIRDTAIL, | |
| Defendants. | |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture (Doc. 84). Antone James Birdtail appeared before the Court on September 8, 2025, and entered a plea of guilty to the indictment. Raymond Joseph Haacke Daniely appeared before the Court on September 25, 2025, and entered a plea of guilty to the indictment. Daniely and Birdtail's guilty pleas provide a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the motion (Doc. 84) is **GRANTED**.

1

IT IS FURTHER ORDERED that Raymond Joseph Haacke Daniely's and Antone James Birdtail's interests in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Kimber, model custom II, .45 caliber pistol (SN: K849552);
- Glock, model 27, .40 caliber pistol (SN: TDN213);
- Glock, model 27, .40 caliber pistol (SN: PRY851);
- Sig Sauer, model P250, .40 caliber pistol (SN: EAK053225);
- Bond Arms, model Snake Slayer, .45/.410 caliber (SN: 112620);
- Glock, model 43x, 9mm caliber (SN: BNVA334);
- CBC, model 715T, .22 caliber, semi-automatic rifle (SN: CT2100498);
- Armscor, model 206, .38 special caliber, revolver (SN: RIA2028364);
- Tisas, model Regent, .45 caliber pistol (SN: 10Y901571);
- Intratec, Model Tec 9, 9mm caliber pistol (SN: 50333); and
- Miscellaneous ammunition.

THAT the United States Marshals Service and the Bureau of Alcohol, Tobacco, Firearms and Explosives are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an

official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1) and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this \_\_1st\_\_ day of October, 2025.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge